## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IBRAGIM POLONKOEV,

    Petitioner,

v.

LUIS SOTO, et al.,

    Respondents.

Civil Action No.  26-1187 (RK)

ORDER

This matter comes before the Court on Petitioner's filing of an unopposed motion to voluntarily dismiss without prejudice his counseled petition pursuant to Fed. R. Civ. P. 41(a)(2).  (ECF No. 14.)

**IT IS** on this 2nd day of June 2026,

**ORDERED** that the unopposed motion for voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(2) (ECF No. 14) is GRANTED; and it is further

**ORDERED** that the temporary restraints on Petitioner's transfer or removal (ECF No. 7) are hereby LIFTED; and it is further

**ORDERED** that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE the motions pending at ECF Nos. 12-13; and it is further

**ORDERED** that this matter shall be marked CLOSED.

ROBERT KIRSCH
United States District Judge